```
UNITED STATES BANKRUPTCY COURT          rf5531
EASTERN DISTRICT OF NEW YORK            Hearing: 11/30/06
-------------------------------------x
In re:

DIEGO CUERVO                            CHAPTER 13

                                        Case No.:806-72343

                                        OBJECTION TO CONFIRMATION
                    Debtor(s)
-------------------------------------x
```

TO: THE HONORABLE MELANIE L. CYGANOWSKI/STAN BERNSTEIN, UNITED STATES BANKRUPTCY JUDGES:

The objection of the Columbia Capital Co. (hereinafter "Columbia"), by its bankruptcy counsel, Richard S. Feinsilver, Esq., respectfully sets forth and represents that:

1. Columbia is the holder of a secured claim against the debtor by virtue of a mortgage held by Columbia against certain real property located at 1224 Suffolk Avenue, Brentwood, New York.

2. On September 25, 2006, the debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code under case # 06-72343 thereby staying a foreclosure proceeding commenced by Columbia. Michael J. Macco, Esq. is the Standing Chapter 13 Trustee assigned to this case.

3. Columbia has filed a proof of claim dated November 8, 2005, in the amount of $250,426.08, including $77,576.61 in arrears. (Exhibit A)

4. The debtor's post petition mortgage payments are $2904.03 per month. As of this date, the debtor has not remitted post petition mortgage payments for the months of October, 2006 and November, 2006.

As of November 10, 2006, the debtor shall be $6,098.46 in post petition mortgage arrears. Based upon the foregoing, the debtor has not provided adequate protection to Columbia.

5. In addition to the foregoing, the debtor has proposed a plan, which, upon information and belief, is based upon the sale of an adjacent parcel and building. At the debtor's Section 341 examination, debtor's counsel presented a proposed contract for the sale of this parcel, but has made no showing that the net proceeds from this transaction shall be sufficient to pay the mortgage arrears on the debtor's obligation with Columbia.

6. Last, upon information and belief, in furtherance of the requirements of 11 U.S.C. Section 521, the debtor has not provided the Court with evidence that he has filed tax returns for the tax years 2002, 2003, 2004 and 2005. Absent the production of this evidence, the debtor's plan cannot be confirmed.

7. Based upon the foregoing, Columbia objects to the confirmation of the debtor's last filed Chapter 13 plan on the basis that the proposed plan is clearly insufficient to pay the claim filed by Columbia in this case.

WHEREFORE, creditor Columbia Capital Co. objects to the confirmation of the debtor's last filed Chapter 13 plan in this case and respectfully requests that the debtor's Chapter 13 petition be dismissed and that this Court grant such other relief as this Court deems just and proper.

Dated: November 8, 2006
      Carle Place, New York    s/Richard S. Feinsilver
                                              _____
                                              Richard S. Feinsilver (rf5531)
                                              Bankruptcy Counsel to
                                              Columbia Capital Co.

To: U.S. Bankruptcy Court
    U.S. Trustee
    Debtor
    Michael Macco, Esq.
    Ronald Weiss, Esq.


EXHIBITS

   A true copy of all exhibits have been served upon the
   affected parties with this application.

   A copy of the Exhibits to this application can be
   obtained from debtor's attorney at the following
   address:

   Richard S. Feinsilver, Esq.
   One Old Country Road, Suite 125
   Carle Place, New York 11514
   516-873-6330

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
In re
                                        Chapter 13
DIEGO CUERVO                            Case No.:806-72343

                                        AFFIRMATION OF
                                        SERVICE
                    DEBTOR
------------------------------------X
```

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the Debtor in the instant action.

2. That on the 8th day of November 2006, your affiant served the within Objection to Confirmation and Exhibits upon:

(a) US Trustee, 560 Federal Plaza, Central Islip NY 11722
(b) Michael Macco, 135 Pinelawn Road, Suite 120S. Melville NY 11747
(c) Diego Cuervo, 470 Moffitt Blvd, Islip NY 11751
(d) Ronald Weiss, 734 Walt Whitman Road, Suite 203, Melville NY 11747

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: November 8, 2006
       Carle Place, New York

                                    s/Richard S. Feinsilver
                                    _____
                                    RICHARD S. FEINSILVER (RSF5531)